JS-6

SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEPHEN FORTE and CAMILLA FORTE,

Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

Defendant.

Case no: 2:25–cv–02960–JFW(MARx)
*Assigned to Hon. Judge John F. Walter*

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE**

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Date: August 5, 2026

Honorable John F. Walter
United States District Judge